# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHAD CONRAD, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:13-cv-07903 |
| v. ) ) | Hon. William T. Hart |
| BOIRON, INC., BOIRON USA, INC., ) ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Chad Conrad and Defendants Boiron, Inc. and Boiron USA, Inc. (collectively "Defendants"), by and through their attorneys, hereby stipulate that this action be dismissed with prejudice. Defendants agree to withdraw their pending Motion for Vexatious Litigation, without prejudice and reserving all rights to renew the motion if warranted. The Court shall retain jurisdiction with respect to the implementation and enforcement of the terms of this Joint Stipulation of Dismissal, and all parties hereto submit to the jurisdiction of the Court for the purposes of implementing and enforcing the terms herein.

Dated: January 25, 2018

By: _____

Stewart M. Weltman
*sweltman@siprut.com*
Joseph J. Siprut
*jsiprut@siprut.com*
**SIPRUT PC**
17 N. State Street, Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000

Respectfully submitted,

By: _____

Christina G. Sarchio (*pro hac vice*)
Amisha R. Patel (*pro hac vice*)
**DECHERT LLP**
1900 K Street NW
Washington, DC 2006
Tel: (202) 261-3300
Fax: (212) 261-3333
christina.sarchio@dechert.com
amisha.patel@dechert.com

Fax: 312.470.6588
Elaine A. Ryan
*eryan@bffb.com*
**BONNETT, FAIRBOURN,
FRIEDMAN & BALINT, P.C.**
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Phone: 602.274.1100

Patricia N. Syverson
*psyverson@bffb.com*
**BONNETT, FAIRBOURN,
FRIEDMAN & BALINT, P.C.**
600 W. Broadway, Suite 900
San Diego, California 92101
Phone: 619.798.4593

Max A. Stein
*mstein@boodlaw.com*
**BOODEL & DOMANSKIS, LLC**
1 N. Franklin Street, Suite 1200
Chicago, Illinois 60606
Phone: 312.938.4070

*Counsel for Plaintiff Chad Conrad*

Christopher S. Burrichter
**DECHERT LLP**
35 W. Wacker Dr.
Suite 3400
Chicago, IL 60601
Tel: (312) 646-5800
Fax: (312) 646-5858
christopher.burrichter@dechert.com

*Counsel for Defendants
Boiron, Inc. and Boiron USA, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Joint Stipulation of Dismissal** was filed this 25th day of January 2018 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

/s/ Christopher S. Burrichter
Christopher S. Burrichter