IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHAD CONRAD, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BOIRON, INC., BOIRON USA, INC., <br><br> Defendants. | Case No. 1:13-cv-07903 <br><br> Hon. William T. Hart |

### [~~PROPOSED~~] ORDER OF DISMISSAL
### RETAINING LIMITED JURISDICTION

Plaintiff Chad Conrad and Defendants Boiron, Inc. and Boiron USA, Inc. (collectively the "Parties") filed a Joint Stipulation of Dismissal on January 25, 2018. The Parties have requested that the Court retain jurisdiction to hear and rule upon any subsequent renewal of Defendants' motion for vexatious litigation.

Accordingly, this case is dismissed with prejudice. The Court will retain jurisdiction solely to hear and rule upon any subsequent renewal of Defendants' motion for vexatious litigation. Unless Defendants' motion for vexatious litigation is renewed *within 24 months* this case will be treated for all purposes as dismissed with prejudice without further order of the Court.

**SO ORDERED.**

Dated: 1/25/2018

_____
Hon. William T. Hart
United States District Judge